UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRISTIN SHOMER, <br><br> Plaintiff, <br><br> vs. <br><br> ONEWEST BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., REGIONAL TRUSTEE SERVICES CORPORATION, <br><br> Defendants. | 2:11-CV-00546-PMP-LRL <br><br> **ORDER** |

Before the Court for consideration are Defendants Motions' to Dismiss Plaintiff's Complaint (Doc's. #8 and #9) filed July 26, 2011. On July 27, 2011, the Court entered an Order advising Plaintiff of her obligation to timely respond (Doc. #10). To date, Plaintiff has failed to do so.

Additionally, a review of the Motions' filed on behalf of Defendant Mortgage Electronic Registration Systems, Inc. (Doc. #8) and Defendant Onewest Bank FSB (Doc. #9), and joined by Defendant Regional Trustee Services Corporation (Doc. #11), shows that moving Defendants are entitled to the relief requested on the merits of the their motion.

///

///

**IT IS THEREFORE ORDERED that** Defendants Motions' to Dismiss Plaintiff's Complaint (Doc's. #8 and #9) as joined by Defendant Regional Trustee Services Corporation (Doc. #11) are hereby **GRANTED**, and that Clerk of Court shall forthwith enter judgment in favor Defendants and against Plaintiff Kristen Shomer.

DATED:  August 17, 2011.

PHILIP M. PRO
United States District Judge